NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CFL TECHNOLOGIES LLC,**

*Plaintiff-Appellant*

v.

**GENERAL ELECTRIC COMPANY, GE LIGHTING, LLC,**

*Defendants-Appellees*

---

2023-1082

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01444-RGA, Judge Richard G. Andrews.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    CFL TECHNOLOGIES LLC v. GENERAL ELECTRIC COMPANY

(2)  Each side shall bear their own costs.


FOR THE COURT

February 7, 2023
   Date                          /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court


**ISSUED AS A MANDATE:** February 7, 2023